UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N.C.
DEC 27 2007
W. DIST. OF N.C.
DISTRICT COURT

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07CR271SW |
| --- | --- | --- |
| v. | ) | |
| | ) | ORDER TO UNSEAL |
| ERRICK REDMOND | ) | INDICTMENT |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an Order unsealing the Indictment; and it appearing to the Court that said the reasons for sealing the Indictment no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Indictment in the above-numbered case be unsealed.

This the 27th day of December, 2007.

_Carl Horn, III_
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE